In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance, Appellant.

SECOND RUSSIAN INSURANCE COMPANY, Respondent.

*Appeal — order of Appellate Division denying motion to dismiss appeal thereto — appeal to Court of Appeals dismissed.*

*Matter of People* (*Second Russ. Ins. Co.*), 215 App. Div. 801, appeal dismissed.

(Argued March 29, 1926; decided April 7, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 15, 1926, which denied a motion to dismiss the appeal of the Second Russian Insurance Company to that court from an order directing its liquidation.

*Albert Ottinger, Attorney-General* (*Clarence C. Fowler,* and *Joseph C. H. Flynn* of counsel), for appellant.

*Hervey J. Drake* and *Wendell P. Barker* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.